No. 63007.—Everbest Jewelry Corporation *v.* United States, protest 58/11223 (New York).

Opinion by RICHARDSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.